NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000584
31-DEC-2012
09:18 AM**

NO. CAAP-12-0000584

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMES DAVID WOODS, Plaintiff-Appellee,

v.

JESSICA ALEXANDER, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-UAAJEA NO. 12-1-0001)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on June 15, 2012, Defendant-Appellant Jessica Alexander
(Appellant) filed a notice of appeal; (2) on August 14, 2012, the
record on appeal was filed and the appellate clerk informed
Appellant that the jurisdictional statement was due on August 24,
2012 and the opening brief was due on September 24, 2012; (3) on
October 30, 2012, Appellant was informed that the time to file

the jurisdictional statement expired on August 24, 2012 and the time to file the opening brief expired on September 24, 2012, that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion; and (4) no jurisdictional statement was filed, no opening brief was filed, and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i,  December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge